| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Walter, John F | 2. Court or Organization<br><br>U.S. District Court, CD-CA | 3. Date of Report<br><br>06/01/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>312 N. Spring St.<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 19 A 11: 37 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 06/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Fredricks Fund I | B | Distribution | J | U | | | | | |
| 2. Fredricks Fund II | D | Distribution | K | U | | | | | |
| 3. Fredricks Fund IV | D | Distribution | K | U | | | | | |
| 4. Shares of AT & T, Inc. New | A | Dividend | J | T | Merger with SBC (#8) | | | | |
| 5. Shares of Bell South | A | Dividend | J | T | | | | | |
| 6. Shares of Lucent Technologies, Inc. | A | Dividend | J | T | | | | | |
| 7. Shares of Qwest Communications, Intl. | A | Dividend | J | T | | | | | |
| 8. Shares of SBC Communications, Inc. | A | Dividend | J | T | Merger into AT&T, Inc. New | 11/21 | J | A | N/A |
| 9. Shares of VodaFone | A | Dividend | J | T | | | | | |
| 10. Charles Schwab Money Market | C | Interest | N | T | | | | | |
| 11. Vanguard Money Market | D | Interest | N | T | | | | | |
| 12. Vanguard GNMA Fund | D | Interest | M | T | | | | | |
| 13. Vanguard Cal Insured Fund | B | Interest | N | T | | | | | |
| 14. Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 15. Vanguard Intl. Growth Fund | A | Dividend | J | T | | | | | |
| 16. Vanguard Total Stock Market Fund | A | Dividend | J | T | | | | | |
| 17. Vanguard High Yield Corp. Fund | A | Dividend | M | T | Buy | 7/04 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Olympic Fund | A | Dividend | J | T | | | | | |
| 19. Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 20. IRA - Charles Schwab - Nasdaq 100 Trust | A | Dividend | J | T | | | | | |
| 21. IRA Charles Schwab - Schwab 1000 Fund | A | Dividend | J | T | | | | | |
| 22. IRA - Charles Schwab - Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 23. IRA - Charles Schwab - NASDAQ 100 | A | Interest | J | T | | | | | |
| 24. IRA - Charles Schwab - Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 25. Vanguard Rollover IRA - Prime Money Market Fund | D | Interest | P1 | T | | | | | |
| 26. Vanguard Rollover IRA - High Yield Corp. Fund | B | Dividend | M | T | Buy | 7/4 | L | | |
| 27. Vanguard Rollover IRA - GNMA | B | Dividend | M | T | Buy | 7/11 | L | | |
| 28. Northern Trust Bank | A | Interest | K | T | | | | | |
| 29. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 30. Baron Small Cap | A | Dividend | J | T | | | | | |
| 31. Villa Camarillo, Ltd. | B | Distribution | J | T | | | | | |
| 32. Villa Camarillo 168 Ltd. | B | Distribution | J | T | | | | | |
| 33. AGERE Systems | A | Dividend | J | T | | | | | |
| 34. Comcast Corp. | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
   Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. I Bond | A | Interest | K | T | | | | | |
| 36. I Bond | A | Interest | K | T | Buy | 12/12 | K | | |
| 37. Fidelity Advisors Equity Income | A | Dividend | K | T | Sell | 9/30 | K | A | |
| 38. Franklin Flex Cap Growth | A | Dividend | J | T | | | | | |
| 39. GMO Growth Fund - Class M | A | Dividend | K | T | Sell | 9/30 | K | A | |
| 40. Rydex OTC - Inv. | A | Dividend | K | T | | | | | |
| 41. Vanguard Total Stock Market Admiral Shares | A | Dividend | K | T | | | | | |
| 42. Muhlenkamp Fund | A | Dividend | K | T | | | | | |
| 43. Fidelity Advisors Overseas | A | Dividend | J | T | Sell | 11/7 | J | B | |
| 44. Tweedy Brown Global Value | A | Dividend | J | T | Sell | 11/7 | J | B | |
| 45. Black Rock Municipal Fund Cash Reserve Shares | A | Interest | K | T | | | | | |
| 46. Legg Mason Value Fund I | A | Dividend | K | T | Buy | 9/30 | K | | |
| 47. Julius Baer Intl 2A | A | Dividend | J | T | Buy | 11/7 | J | | |
| 48. Templeton Foreign A | A | Dividend | J | T | Buy | 11/7 | J | | |
| 49. TSP G Fund | A | Dividend | K | T | Buy | 7/4 | K | | |
| 50. TSP C Fund | A | Dividend | J | T | Buy | 7/4 | J | | |
| 51. TSP S Fund | A | Dividend | J | T | Buy | 7/4 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 06/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TSP I Fund | A | Dividend | J | T | Buy | 7/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 06/01/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Thrift Savings Plan - this report includes my interest in the Government's Thrift Savings Plan ("TSP") which was inadvertently left off prior reports. The TSP funds that I am invested in as of 7/4/05 are the following:

G Fund, C Fund, S Fund, and I Fund

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F | 06/01/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



S_____ Date __6/6/06__

...LSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544